## 6048. EDWARDS v. RIDER.

RUSSELL, C. J. 1. The evidence, though weak, was sufficient to authorize the jury to find the property subject to the execution. In such cases the Court of Appeals is without power to reverse the judgment of the lower court, overruling a motion for a new trial based solely upon the usual general grounds.

2. It appearing, however, that the final judgment as entered by counsel for the plaintiff in fi. fa. is not in accord with the verdict returned by the jury, it is ordered that a judgment conformable to the verdict be entered by the lower court.       *Judgment affirmed, with direction.*

DECIDED SEPTEMBER 9, 1915.

Appeal; from Forsyth superior court—Judge Patterson. September 12, 1914.

*J. P. Brooke,* for plaintiff in error.

---

## 6052. CONTINENTAL AID ASSOCIATION v. STUNT.

WADE, J. Whether or not the conduct of the insurance company, acting through its agent, was such as to constitute a waiver of its right to declare a forfeiture of the policy, because the death of the insured occurred while the insured was in arrears as to the payment of premiums "for three full weeks or more," was a question for determination by the jury, who found in favor of the beneficiary. The trial judge therefore did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED SEPTEMBER 9, 1915.

Appeal; from Chatham superior court—Judge Charlton. August 20, 1914.

*W. Spencer Connerat, W. W. Douglas,* for plaintiff in error.
*W. R. Hewlett, H. P. Cobb,* contra.